IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF TRACKING OF A WHITE, 2004 FORD EXPLORER XLS, LICENSE PLATE NUMBER 2BN1173, VIN # 1FMZU62K14UA44547 | Case No. MJ 19-101-B<br><br>Filed Under Seal |

## MOTION TO SEAL SEARCH WARRANT DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the search warrant, application, affidavit, and associated documents in the above-captioned matter for thirty (30) days.

Government agents from the Drug Enforcement Administration are currently investigating an individual suspected of alleged criminal activity. This investigation is neither public nor known to the target of the investigation, and its disclosure may alert the target to the existence and nature of the ongoing investigation. Accordingly, there is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving target an opportunity to flee or continue flight from prosecution, influence or intimidate witnesses, destroy or tamper with evidence, change patterns of behavior, or notify confederates. The United States therefore requests that the case be sealed for thirty (30) days. Should the investigation or need for sealing continue beyond this date, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the document related to this search warrant for thirty (30) days.

Respectfully Submitted,

LUIS F. PERAL
UNITED STATES ATTORNEY

By: */s/ Luis F. Peral*
AUSA Luis F. Peral
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845